EUGENE MERCER *v.* COMMISSIONER OF CORRECTION

The petitioner Eugene Mercer's petition for certification for appeal from the Appellate Court, 31 Conn. App. 771 (AC 11486), is granted, limited to the following issue:

"Was the petitioner entitled to an evidentiary hearing on his claim of ineffective assistance of counsel?"

The Supreme Court docket number is SC 14820.

*Temmy Ann Pieszak,* assistant public defender, in support of the petition.

*Jacqueline J. Footman,* assistant state's attorney, in opposition.

Decided September 15, 1993

ROBERT F. CAULFIELD ET AL. *v.* AMICA
MUTUAL INSURANCE COMPANY ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 31 Conn. App. 781 (AC 11545), is denied.

*Kevin P. Thornton,* in support of the petition.

*Constance L. Epstein* and *Scott B. Clendaniel,* in opposition.

Decided September 15, 1993